NUMBER 13-04-612-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE: GERARDO PEREZ, AS NEXT FRIEND TO KIMBERLY NICOLE
PEREZ, AND GERARDO PEREZ, JR., MINORS, CRYSTAL MONIQUE DE
LEON, JAMES R. HARRIS, AND HARRIS & GREENWELL, L.L.P.
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Rodriguez
Per Curiam Memorandum Opinion




         Relators, Gerardo Perez, as next friend to Kimberly Nicole Perez, and Gerardo
Perez, Jr., Minors, Crystal Monique De Leon, James R. Harris, and Harris & Greenwell,
L.L.P., filed a petition for writ of mandamus in the above cause on November 16,
2004. The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relators have not shown themselves entitled to the
relief sought. Accordingly, the petition for writ of mandamus is DENIED. See Tex. R.
App. P. 52.8(a). 
                                                                                 PER CURIAM


Memorandum Opinion delivered and filed
this 19th day of November, 2004.